UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NORMAN OLIVER GRANT ) | |
| ) | |
| vs. ) | Case No.  2:09-cv-08010-JHH-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

### ORDER

On November 6, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On November 30, 2009, petitioner filed objections to the magistrate judge's report and recommendation.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

---

[1] Petitioner originally submitted objections on or about November 20, 2009. However, because the objections were not signed by petitioner, an order was entered on November 24, 2009, giving petitioner ten (10) days from the date of entry of that order in which to submit signed objections to the report and recommendation.

ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is due to be and is hereby DENIED and this action DISMISSED.

**DONE** this the ___4th___ day of December, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE